Rakoff, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AGNES O'CONNOR-GOUN,

                Plaintiff,

     -against-                         11 Civ. 7377 (JSR)

WEILL CORNELL MEDICAL COLLEGE OF CORNELL
UNIVERSITY, and RONALD G. CRYSTAL, M.D.,

                Defendants.
-----------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Agnes O'Connor-Goun and Defendants Weill Cornell Medical College and Dr. Ronald Crystal that Defendants have authorized their undersigned counsel to accept service of the Second Amended Complaint (the "Complaint") effective October 1, 2012.

      **IT IS FURTHER STIPULATED AND AGREED**, that Defendants shall have until November 1, 2012 to respond to the Complaint.

New York, New York
Dated: October 3, 2012

By: _____
John A. Beranbaum
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY 10005
*Attorneys for Plaintiff*

By: _____
Tracey A. Tiska
HOGAN LOVELLS LLP
875 Third Avenue
New York, NY 10022
*Attorneys for Defendants*

_____
U.S.D.J.
10-8-12