```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
AGNES O'CONNOR-GOUN,                     :
                                         :    11 Civ. 7377 (JSR)
        Plaintiff,                       :
                                         :         ORDER
                                         :
        -v-                              :
                                         :
WEILL CORNELL MEDICAL COLLEGE OF         :
CORNELL UNIVERSITY and RONALD G.         :
CRYSTAL, M.D.,                           :
                                         :
        Defendants.                      :
----------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

   Plaintiff Agnes O'Connor-Goun brings this action against defendants Weill Cornell Medical College of Cornell University ("Weill Cornell") and Dr. Ronald G. Crystal under the False Claims Act, 31 U.S.C. §§ 3729 et seq., alleging that the defendants unlawfully terminated her employment with Weill Cornell in retaliation for her blowing the whistle on the defendants' fraudulent misuse of federal research funds.  By letter brief, defendants have move to enforce a settlement agreement reached between the parties on January 17, 2013.  Plaintiff opposes the motion, arguing that she validly exercised a right to revoke the settlement.

   Having considered the parties' written submissions and oral arguments, the Court hereby grants defendants' motion.  A written opinion explaining the reasons for this ruling will issue in due

1

course.   Final judgment will not be entered until that opinion issues.

     SO ORDERED.

Dated: New York, NY
April 22, 2013

                              JED S. RAKOFF, U.S.D.J.